AO 467 (Rev. 9/03) Order for Defendant to Appear

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

03 2007

JOHN CORCORAN, CLERK
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

George Bruce Gwyn

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 7:06MJ612

CHARGING DISTRICTS
CASE NUMBER: 5:05CR214

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____Western_____ District of _____North Carolina_____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____WDNC Statesville Division_____ ,
*Place and Address*

for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) _____ on _____ .
*Date and Time*

[signature]
*Signature of Judge*

1/3/2007 | Michael F. Urbanski, USMJ
*Date* | *Name of Judge* | *Title of Judge*